**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-7294**

─────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

JEFFREY BRIAN COHEN,

               Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief Judge.  (1:14-cr-00310-GLR-1)

─────────

Submitted:  October 21, 2024                    Decided:  December 19, 2024

─────────

Before KING and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jeffrey Brian Cohen, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as supplemented after the court's first order denying his motion was vacated and remanded for further consideration. *See United States v. Cohen*, No. 21-6116, 2022 WL 2314300 (4th Cir. June 28, 2022). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Cohen's motion. *See United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (stating standard). Accordingly, we affirm the district court's order. *United States v. Cohen*, No. 1:14-cr-00310-GLR-1 (D. Md. Nov. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2